

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00519-CR

Earl James **OTTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3776
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. We ORDER appellant to file his brief on or before January 11, 2019. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court